AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
APR 10 2012
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>BUSTAMANTE JUAREZ-FLORES<br>*Defendant* | )<br>)<br>)  Case No. 3:12-mj-527-FKB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/04/2012  in the county of  Rankin  in the  Southern  District of  Mississippi , the defendant violated  8  U. S. C. §  1326(a)(1) , an offense described as follows:

Being at the time, an alien previously deported or removed from the United States, and having re-entered without obtaining the permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security, was found within the United States.

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bradley Harris, Special Agent, (HSI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/10/2012

_____
*Judge's signature*

City and state:  Jackson, Mississippi            Honorable F. Keith Ball, U.S. Magistrate Jduge
*name and title*

## AFFIDAVIT

I, Bradley J. Harris, being first duly sworn, hereby depose and say that:

1. I am a Special Agent with Homeland Security Investigations (HSI), within the Department of Homeland Security, and have been so employed for a period of over 9 years. Prior to this appointment, I was employed by the Mississippi Department of Public Safety, Mississippi Bureau of Narcotics, I also served as a uniform patrol officer for the Greenville Police Department, Greenville, Mississippi, and Madison Police Department, Madison, Mississippi.

2. I am currently assigned to HSI, Jackson, Mississippi. I am statutorily empowered to investigate violations of Title 8 of the United States Code and other federal statues.

3. The information contained in this affidavit has been gathered from various law enforcement officers including Pearl Police Department Detective Johnny Barnes, Immigration Enforcement Agents Francisco Ayala and Derrick McClung.

4. On April 4, 2012, at approximately 11:30 p.m., Pearl Police Detective Johnny Barnes conducted a traffic stop on a 2001 Dodge Caravan on Interstate 20 near mile marker 47, for speeding. At the time of the traffic stop the vehicle was operated by Elias SALINAS-REYES, a citizen and national of Mexico. The vehicle was further occupied by 10 other Hispanic passengers, which included Bustamante JUAREZ-FLORES. Detective Barnes then contacted Immigration and Enforcement Agent Francisco Ayala for assistance.

5. IEA Ayala responded to the location of the traffic stop and determined that Bustamante JUAREZ-FLORES was illegally present in the United States. The male passengers, which included JUAREZ-FLORES, were then transported to HSI, Jackson, Mississippi, to confirm identification and immigration status.

6. While at the HSI, Jackson, Mississippi, it was determined that JUAREZ-FLORES was a citizen and national of Mexico who last entered the United States without

being inspected or paroled by an Immigration Officer, at a place not designated by the Attorney General of the United States. It was also determined that JUAREZ-FLORES had previously been ordered removed from the Untied States by an Immigration Judge on April 2, 2009, and was last removed from the United States on February 9, 2012, at Brownsville, Texas.

7.  Based on these underlying facts and circumstances, as set forth above, it is my belief that Bustamante JUAREZ-FLORES, a citizen and national of Mexico, illegally present in the United States who: has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter was found in the United States, in violation of Title 8, United States Code, Section 1326(a)(1). I therefore respectfully request that a warrant for the Federal Arrest of Bustamante JJURAREZ-RLORES be issued.

---

Bradley Harris, Special Agent
Homeland Security Investigations

Sworn and subscribed before me the 10th day of April, 2012.

F. Keith Ball
UNITED STATES MAGISTRATE JUDGE